# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SATA GMBH & CO. KG, | ) |
|     Plaintiff, | ) Case No. 2:16-cv-02546-JAD-GWF |
| vs. | ) **ORDER** |
| NINGBO GENIN INDUSTRIAL CO., LTD., | ) |
|     Defendants. | ) |

This matter is before the Court on Plaintiff SATA GmbH & Co. KG's Motion to Substitute Attorney (ECF No. 9), filed on February 8, 2017. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff SATA GmbH & Co. KG's Motion to Substitute Attorney (ECF No. 9) is **granted**. The Clerk of Court shall substitute Steven A. Caloiaro, Esq. as counsel of record for Plaintiff SATA GmbH & Co. KG in the place of Michael D. Rounds, Esq.

DATED this 9th day of February, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge