# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SATA GmbH & Co. KG

             Plaintiff,

    v.

NingBo Genin Industrial Co., Ltd.
doing business as Hoteche

             Defendant.

JUDGMENT FOR ATTORNEY'S FEES IN A CIVIL CASE

Case Number: 2:16-cv-02546-JAD-GWF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

judgment is hereby entered in the amount of $11,117 in attorney's fees in favor of SATA and against Hoteche.

April 16, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk